UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **14-4311**

Chesapeake Appalachia, LLC v. Burkett

To: Clerk

1) Response by Appellant to Clerk's Order dated August 10, 2020

2) Response by Appellees to Clerk's Order dated August 10, 2020

---

As Appellant was the plaintiff below, the automatic stay does not apply to this case. However, the above-docketed appeal was already stayed on January 12, 2015. As the settlement proceedings in Demchak Partners Limited Partnership v. Chesapeake Appalachia, LLC, M.D. Pa. No. 3-13-cv-02289, are still pending, that stay will remain in place. The parties must continue to file status reports as directed in the January 12, 2015 Clerk's Order. The next status report must be filed on or before October 5, 2020.


For the Court,

s/ Patricia S. Dodszuweit
Clerk


Dated: September 18, 2020
ARR/cc:
Daniel T. Brier, Esq.
Daniel T. Donovan, Esq.
Ragan Naresh, Esq.
Douglas A. Clark, Esq.
Rachel J. Schulman, Esq.