# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| **CHESAPEAKE APPALACHIA, L.L.C.,** | : : : | No. 14-4311 |
| **Appellant,** | : : : | |
| v. | : : : | On Appeal from U.S. District Court |
| **RUSSELL E. BURKETT; GAYLE BURKETT,** | : : : : | for the Middle District of Pennsylvania (Mannion, J.) Civil Action No. 3:13-cv-3073 |
| **Appellees.** | : | |

## JOINT STATUS REPORT

Pursuant to the Court's January 12, 2015 Order and the Court's September 18, 2020 Order, Appellant Chesapeake Appalachia, L.L.C. ("Chesapeake") and Appellees Russell E. Burkett and Gayle Burkett jointly submit this report addressing the status of the pending District Court proceedings in *Demchak Partners Limited Partnership v. Chesapeake Appalachia, L.L.C.*, No. 3:13-cv-02289-MEM (M.D. Pa.) ("Demchak").

On December 20, 2017, the *Demchak* court held a status conference. On February 2, 2018, the *Demchak* court postponed further in-person status conferences pending the ongoing settlement discussions. On July 24, 2020, Chesapeake submitted a notice of pendency of bankruptcy to this Court (ECF No. 122). On February 9, 2021, Chesapeake emerged from bankruptcy. On March 3, 2021, the parties reached the settlement agreement filed with this Court at ECF No. 133-2. The

bankruptcy court preliminarily approved the settlement agreement on April 7, 2021. Order, *In re Chesapeake Energy Corp.*, No. 20-33233 (Bankr. S.D. Tex. Apr. 7, 2021), ECF No. 3415; Order, *In re Chesapeake Energy Corp.*, No. 20-33233 (Bankr. S.D. Tex. Apr. 7, 2021), ECF No. 3416. Certain lessors (the "Pennsylvania Proof of Claim Lessors") appealed the preliminary approval order. Notices of Filing of an Appeal, *In re Chesapeake Energy Corp.*, No. 20-33233 (Bankr. S.D. Tex. Apr. 13, 2021), ECF Nos. 3480 & 3481. Chief Judge Rosenthal of the U.S. District Court for the Southern District of Texas dismissed the appeal on June 3. Mem. & Op., *In re Chesapeake Energy Corp.*, No. 4:21-cv-01215 (S.D. Tex. June 3, 2021), ECF No. 37. The Pennsylvania Proof of Claim Lessors filed an appeal of Chief Judge Rosenthal's decision with the Fifth Circuit Court of Appeals. Notice of Appeal, *RDNJ Trowbridge v. Chesapeake Energy Corp.*, No. 21- 20323 (5th Cir. June 21, 2021), ECF No. 00515908374.

Chief Judge Rosenthal presided over the final fairness hearing on July 27, 2021, and granted final settlement approval on August 23, 2021. The Pennsylvania Proof of Claim Lessors filed an appeal of the final approval decision on August 25, 2021. *See Pa. Proof of Claim Lessors v. Chesapeake Energy Corp.*, No. 21-20456 (5th Cir.), consolidated with *RDNJ Trowbridge v. Chesapeake Energy Corp.*, No. 21-20323 (5th Cir.). Briefing in the appeal is complete and oral argument occurred on August 30, 2022.

Dated: January 6, 2023                    Respectfully submitted,


                                                /s/ Daniel T. Brier
Daniel T. Brier
MYERS, BRIER & KELLY LLP
425 Biden St. Suite 200
Scranton, PA 18503
Tel: (570) 342-6100

Daniel T. Donovan
Ragan Naresh
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 389-5000


*Counsel for Appellant Chesapeake Appalachia, L.L.C.*


/s/ Rachel Schulman
Rachel Schulman
RACHEL SCHULMAN, ESQ. PLLC
14 Bond Street, Suite 143
Great Neck, NY 11021
Tel: (917) 270-7132
Of Counsel

Douglas A. Clark
THE CLARK LAW FIRM, PC
1563 Main Street
Peckville, PA 18452
Tel: (570) 307-0702

*Counsel for Appellees Russell E. Burkett and Gayle Burkett*

3

## **CERTIFICATE OF PERFORMANCE OF VIRUS CHECK**

I, Daniel T. Brier, hereby certify that on January 6, 2023, a virus scan was run on the electronic copy of this brief using Trend Micro OfficeScan and no viruses were detected.

/s/ Daniel T. Brier
Daniel T. Brier
*Counsel for Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Daniel T. Brier
Daniel T. Brier
*Counsel for Appellant*