# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| CHESAPEAKE APPALACHIA, L.L.C., | : | No. 14-4311 |
| Appellant, | : | |
| v. | : | |
| | : | On Appeal from U.S. District Court |
| RUSSELL E. BURKETT; GAYLE BURKETT, | : | for the Middle District of Pennsylvania (Mannion, J.) |
| | : | Civil Action No. 3:13-cv-3073 |
| Appellees. | : | |

## JOINT MOTION TO EXTEND THE AUGUST 2023 JOINT STATUS REPORT DEADLINE

Pursuant to the Federal Rule of Appellate Procedure 27 and Third Circuit Local Appellate Rule 27.3, Appellant Chesapeake Appalachia, L.L.C. ("Chesapeake") and Appellees Russell E. Burkett and Gayle Burkett hereby present this Joint and Uncontested Motion to Extend the August 2023 Status Report Deadline (hereinafter the "Joint Motion"). In support of this Joint Motion, the parties assert the following:

1. Pursuant to this Court's January 12, 2015 and September 18, 2020 Orders, the parties are to provide this Court with monthly joint status reports regarding the proceedings in *Demchak Partners Limited Partnership v. Chesapeake Appalachia, L.L.C.*, No. 3:13-cv-02289-MEM (M.D. Pa.) ("*Demchak*").

2. On August 3, 2023, Chesapeake provided this Court with Notice and a copy of its Motion to Enforce in United States Bankruptcy Court for the Southern District of Texas dated July 27, 2023, in which Chesapeake sought entry of an order (a) enforcing the Confirmation Order and Plan, and requiring the plaintiffs in the Pennsylvania Royalty Cases, including in the above-captioned matter, to dismiss their pre-Effective Date claims against the Reorganized Debtors; and (b) declaring that the MEC Settlement is null and void. Chesapeake Mot., *In re Chesapeake Exploration, L.L.C.*, Case No. 20-33239 (DRJ) (Bankr. S.D. Tex. Jul. 27, 2023) (Bankruptcy Court Docket No. 322).

3. Notwithstanding Chesapeake's August 3, 2023 filing in this Court, the parties remained obligated to file an August 2023 Joint Status Report on August 7, 2023.

4. The parties have different views concerning developments to be addressed in the August 2023 Joint Status Report, and the parties thus require a brief extension of time to finalize and file this report.

5. For this reason, the parties request a two-week extension of time to file the August 2023 Joint Status Report.

6. Undersigned counsel certify that this Joint Motion is uncontested.

WHEREFORE, for the reasons set forth herein, Appellant Chesapeake Appalachia, L.L.C. and Appellees Russell E. Burkett and Gayle Burkett respectfully

seek an Order extending until Monday, August 21, 2023 their time to file the August 2023 Joint Status Report in this matter.

Dated: August 9, 2023　　　　　　　　　　Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier
MYERS, BRIER & KELLY LLP
425 Biden St. Suite 200
Scranton, PA 18503
Tel: (570) 342-6100

Daniel T. Donovan
Ragan Naresh
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 389-5000

*Counsel for Appellant Chesapeake Appalachia, L.L.C.*

Rachel Schulman
RACHEL SCHULMAN, ESQ. PLLC
14 Bond Street, Suite 143
Great Neck, NY 11021
Tel: (917) 270-7132
Of Counsel

/s/ Douglas A. Clark
Douglas A. Clark
THE CLARK LAW FIRM, PC
1563 Main Street
Peckville, PA 18452
Tel: (570) 307-0702

*Counsel for Appellees Russell E. Burkett and Gayle Burkett*

## **CERTIFICATE OF PERFORMANCE OF VIRUS CHECK**

I, Daniel T. Brier, hereby certify that on August 9, 2023, a virus scan was run on the electronic copy of this document using Trend Micro OfficeScan and no viruses were detected.

/s/ Daniel T. Brier
Daniel T. Brier
*Counsel for Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Daniel T. Brier
Daniel T. Brier
*Counsel for Appellant*