IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| CHESAPEAKE APPALACHIA, L.L.C., | : : : | |
| Appellant, | : : | NO. 14-4311 |
| v. | : : : | On Appeal from U.S. District |
| RUSSELL E. BURKETT; GAYLE BURKETT, | : : : : | Court for the Middle District of Pennsylvania Civil Action No. 3:13-cv-3073 |
| Appellees. | : | |

## JOINT STATUS REPORT

Pursuant to the Court's January 12, 2015 and September 18, 2020 Orders, Appellant Chesapeake Appalachia, L.L.C. ("Chesapeake") and Appellees Russell E. Burkett and Gayle Burkett write jointly regarding the status of proceedings in *Demchak Partners Limited Partnership v. Chesapeake Appalachia, L.L.C.*, No. 3:13-cv-02289-KM (M.D. Pa.) ("*Demchak*").

On August 30, 2013, the *Demchak* plaintiffs initiated a lawsuit in the United States District Court for the Middle District of Pennsylvania against Chesapeake Appalachia, L.L.C. on behalf of a putative class of oil and gas lessors in Pennsylvania, whose leases contained a "Market Enhancement Clause" ("MEC"). The *Demchak* plaintiffs allege that Chesapeake, among other things, underpaid royalties by improperly deducting post-production costs, pursuant to the MEC. *See* Class Action Compl. [*Demchak* Docket No. 1].

On June 28, 2020, Chesapeake filed for relief under chapter 11 of the Bankruptcy Code. On January 15, 2021, the Debtors filed their Fifth Amended Chapter 11 Plan of Reorganization, which became effective on February 9, 2021.

On March 3, 2021, the Reorganized Debtors and the *Demchak* plaintiffs finalized a settlement agreement [Docket No. 3175-3] (the "MEC Settlement"). On March 31, 2021, the Bankruptcy Court certified the MEC settlement classes and preliminarily approved the MEC Settlement. On August 23, 2021, the United States District Court for the Southern District of Texas approved the MEC Settlement.

Following the district court's approval of the MEC Settlement, two putative class members appealed the district court's order to the Fifth Circuit Court of Appeals. On June 8, 2023, the Fifth Circuit vacated the Bankruptcy Court and district court orders approving the MEC and Non-MEC Settlements for lack of jurisdiction. *See In re Chesapeake Energy Corp.*, 70 F.4th 273 (5th Cir. 2023).

Pursuant to the Fifth Circuit decision, Chesapeake's position is that all legal claims asserted against Chesapeake seeking relief prior to the Effective Date were discharged and must be dismissed, and also that the MEC Settlement Agreement is null and void. On July 26, 2023, the MEC Class Plaintiffs filed a status report in the United States District Court for the Middle District of Pennsylvania, notifying the district court of its intention "to file with this Court a motion for preliminary approval of the MEC Class settlement and to enforce the agreement in the coming

2

weeks." (Docket No. 237). Plaintiffs argued to the District Court that the MEC Settlement Agreement is binding and enforceable.

On July 27, 2023, the Reorganized Debtors filed a Motion ("Motion") with the Bankruptcy Court seeking entry of an order (a) enforcing the Confirmation Order and Plan, and requiring the plaintiffs in the Pennsylvania Royalty Cases, including in the above-captioned matter, to dismiss their pre-Effective Date claims against the Reorganized Debtors; and (b) declaring that the MEC Settlement is null and void. *See* Motion, *In re Chesapeake Exploration, L.L.C.*, Case No. 20-33239 (DRJ) (Bankr. S.D. Tex. Jul. 27, 2023) (Bankruptcy Court Docket No. 322). The *Demchak* Plaintiffs opposed that Motion, and the *Burkett* Plaintiffs joined in that opposition.

On August 31, 2023, the Bankruptcy Court entered an Order (I) Enforcing the Confirmation Order and Plan; and (II) Declaring the MEC Settlement and the Non-MEC Settlement Null and Void. *See* Order, *In re Chesapeake Exploration, L.L.C.*, Case No. 20-33239 (DRJ) (Bankr. S.D. Tex. Aug. 31, 2023) (Docket No. 347) (hereinafter "Bankruptcy Court Order"). The MEC Class Plaintiffs filed a Notice of Appeal to the United States District Court for the Southern District of Texas on September 14, 2023. MEC Class Plaintiffs' opening brief was filed on February 8, 2024, Chesapeake's opposition brief was filed on March 11, 2024, and a Reply Brief by MEC Class Plaintiffs followed on March 25, 2024. Briefing in the matter is now closed.

Pursuant to the agreement of all parties during a March 13, 2024 status conference before the Honorable Karoline Mehalchick, the *Demchak* matter remains stayed pending resolution of the MEC Class Plaintiffs' appeal before the Southern District of Texas.

| | |
|---|---|
| Dated: October 14, 2024 | Respectfully submitted, |

/s/ Daniel T. Brier
Daniel T. Brier
MYERS, BRIER & KELLY LLP
425 Biden Street Suite 200
Scranton, PA 18503
Tel: (570) 342-6100

Daniel T. Donovan
Ragan Naresh
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 389-5000

*Counsel for Appellant, Chesapeake Appalachia, L.L.C.*


/s/ Douglas A. Clark
Douglas A. Clark
THE CLARK LAW FIRM, PC
1563 Main Street
Peckville, PA 18452
Tel: (570) 307-0702

Rachel Schulman
RACHEL SCHULMAN, ESQ. PLLC
14 Bond Street, Suite 143
Great Neck, NY 11021
Tel: (917) 270-7132
Of Counsel

*Counsel for Appellees, Russell E. Burkett and Gayle Burkett*

## **CERTIFICATE OF PERFORMANCE OF VIRUS CHECK**

I, Daniel T. Brier, hereby certify that on October 14, 2024, a virus scan was run on the electronic copy of this document using Trend Micro OfficeScan and no viruses were detected.

                                                /s/ Daniel T. Brier  
                                                Daniel T. Brier  
                                                *Counsel for Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Daniel T. Brier
Daniel T. Brier
*Counsel for Appellant*
