# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| | |
|---|---|
| CHESAPEAKE APPALACHIA, L.L.C., | |
| Appellant, | Case No.  14-4311 |
| v. | |
| RUSSELL E. BURKETT and GAYLE BURKETT, | On Appeal from U.S. District Court for the Middle District of Pennsylvania (Mannion, J.) Civil Action No. 3:13-cv-3073 |
| Appellees. | |

## <u>NOTICE OF DISMISSAL</u>

On November 10, 2014, Plaintiff Chesapeake Appalachia, L.L.C. ("Chesapeake") filed a notice of appeal in the United States Court of Appeals for the Third Circuit from the Order and Memorandum Denying Chesapeake's Motion for Summary Judgment on Count I and Dismissing Count II (Dkt. Nos. 43 & 44) entered in this action on October 17, 2014 and from the Order and Memorandum Denying Chesapeake's Motion to Vacate (Dkt. Nos. 45 & 46) also entered in this action on October 17, 2014.

The undersigned, who are all of the parties to the above-entitled appeal, stipulate and agree that this appeal shall be dismissed.  The

- 1 -

undersigned further stipulate and agree that the parties shall bear their own costs.

Dated:  April 17, 2026

Respectfully submitted,

*/s/ Daniel T. Brier*

Daniel T. Brier
MYERS, BRIER & KELLY LLP
425 Spruce St. Suite 200
Scranton, PA 18501
Tel: (570) 342-6100

Daniel T. Donovan
Ragan Naresh
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 389-5000

*Counsel for Appellant,*
*Chesapeake Appalachia, L.L.C., n/k/a*
Expand Appalachia, LLC

*/s/Francis P. Karam*

Francis P. Karam
FRANCIS P. KARAM, LLC
30 Vesey Street
New York, NY 10007
Tel: (212) 489-3900
CONFIRM WITH FRANK

Douglas A. Clark
THE CLARK LAW FIRM, PC
1563 Main Street
Peckville, PA 18452
Tel: (570) 307-0702

*Counsel for Appellees,*
*Russell E. Burkett and Gayle Burkett*

- 3 -

## <u>CERTIFICATE OF PERFORMANCE OF VIRUS CHECK</u>

I hereby certify that on April 17, 2026, I caused a virus check to be performed on the electronically filed copy of this motion using the following virus software: Microsoft Forefront Endpoint Protection, version 4.3.220.0.  No virus was detected.

*/s/ Daniel T. Brier*
Daniel T. Brier
*Counsel for Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system. Parties may access this filing through the Court's system.


/s/ *Daniel T. Brier*
Daniel T. Brier
*Counsel for Appellant*